BARRY H. GOLDSTEIN, M.D.
Telephone: (302) 734-4130
Fax: (302) 734-4131
DEA #AG 1095012
850 South State Street, Suite 9    Dover, DE 19901

NAME Theresa Mule  DATE 1/9/06
ADDRESS                          AGE
LABEL NAME OF DRUG – STRENGTH AND QUANTITY  ☐ YES  ☐ NO    PHARMACY #

Rx1 Adderall 20mg XR
SIG. 1 x AM
DSPSE 30   mg./cc.   REFILL  0  1  2  3  4  5

Rx2
SIG.
DSPSE.   mg./cc.   REFILL  0  1  2  3  4  5

Rx3
SIG.
DSPSE.   mg./cc.   REFILL  0  1  2  3  4  5

[signature], M.D.
Substitution Permitted
In order for a brand name product to be dispensed, prescriber must hand write "BRAND NECESSARY" or "BRAND MEDICALLY NECESSARY" in the space below.