AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Mulegwa, Theresa C.
    V.

Perfect Care Nurses, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

> Real-Corp Services, Inc.
> Registered Agent for Perfect Care
> Nurses, Inc.
> 3200 Concord Pike, P.O. Box 7329
> Wilmington, DE 19803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Ronald G. Poliquin, Esq.
> 30 The Green
> Dover, DE 19901

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>1/17/06 at 3:20 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Perfect Care Nurses, Inc., was effectuated by personally serving Kim Sweetman, Managing Agent duly authorized to accept service. Service was made at Real-Corp Services, Inc., 3200 Concord Pike, Wilmington, DE 19803.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$20.00 | TOTAL<br>$20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/06
             Date

Signature of Server

2000 Pennsylvania Ave. #207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.