UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA C. MULEGWA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-30 GMS |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | ) |
| | ) |
| Defendants. | ) |

**ANSWER TO COMPLAINT**

**COMES NOW** the Defendant, who responds to the complaint as follows:

1. Denied.

2. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

3. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

4. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

5. Admitted.

6. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

7. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

8. Admitted.

9. Admitted.

10. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

11. Admitted.

12. Denied.

13. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation. Plaintiff provided copies of prescriptions, but they were dated later than the date of the drug test.

14. Denied.

15. Admitted.

16. Denied.

17. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

18. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

19. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

20. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

21. Denied.

22. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation

23. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

24. Admitted.

25. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

26. Admitted.

27. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

28. Denied.

29. Denied.

30. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

31. Denied.

32. Denied.

33. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

34. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

35. Denied

36. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

37. Denied.

38. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

39. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

40. Denied.

41. Defendant does not have sufficient information or belief to admit or deny and on this basis, denies this allegation.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

WHEREFORE, Defendant demands that the Plaintiff's claim be dismissed with prejudice with costs to be assessed to the Plaintiff and that judgment be entered in favor of Defendant.

DATED: 2/21/06

Simon Ewobar
President, Perfect Care Nurses, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA C. MULEGWA, | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 06-30 GMS |
| v. | ) ) |
| | ) JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | ) ) |
| Defendants. | ) |

### CERTIFICATION OF SERVICE

This is to certify that a copy of the Answer to Complaint was served upon the Plaintiff by mailing to: Ronald G. Poliquin, Esq., 30 The Green, Dover, DE 19901, first class, postage prepaid, United States Postal Service, on 2/21/06

_____
Simon Ewobar