IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA C. MULEGWA | : |
| | : |
| v. | : Civil Action No. 06-30 GMS |
| | : |
| PERFECT CARE NURSES, INC. | : |

### ORDER

WHEREAS, on January 17, 2006, the complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on January 17, 2006, a return of service was executed as to the defendant Perfect Care Nurses, Inc. ("PCN") (D.I. 2);

WHEREAS, PCN's answer to the complaint was due on February 6, 2006;

WHEREAS, on February 16, 2006, PCN was ordered to answer the complaint by February 24, 2006 (D.I. 3);

WHEREAS, on February 21, 2006, PCN filed its pro se answer to the complaint (D.I. 4);

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3 (D. Del. Nov. 1, 2002).

IT IS HEREBY ORDERED that:

The defendant shall have 30 days from the date of this Order within which to obtain counsel.

February __22__, 2006

_____
UNITED STATES DISTRICT JUDGE