IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA C. MULEGWA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-30 GMS |
| | ) | |
| PERFECT CARE NURSES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

WHEREAS, on January 17, 2006, the plaintiff filed a complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on January 25, 2006, a return of service executed as to the defendant was filed with the court (D.I. 2);

WHEREAS, on February 21, 2006, an answer to the complaint was filed by Simon Ewobar, president of Perfect Care Nurses, Inc., on behalf of the defendant corporation (D.I. 4);

WHEREAS, on February 22, 2006, the court issued an Order giving the defendant 30 days within which to obtain counsel (D.I. 5);

WHEREAS, to date the court's docket reflects no further activity.

IT IS HEREBY ORDERED that:

1. The answer (D.I. 4) filed by the defendant corporation is hereby STRICKEN;

2. The defendant is ordered to show cause within 30 days of the date of this Order why default should not be entered against it for failure to obtain counsel and properly answer the complaint.

July __20__, 2006

_____
UNITED STATES DISTRICT JUDGE