IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA C. MULEGWA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-30 GMS |
| | ) | |
| PERFECT CARE NURSES, INC. | ) | |
| | ) | |
| Defendant | ) | |

FILED
OCT - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER

WHEREAS, on January 17, 2006, the plaintiff filed a complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on January 25, 2006, a return of service executed as to the defendant was filed with the court (D.I. 2);

WHEREAS, on February 21, 2006, an answer to the complaint was filed by Simon Ewobar, president of Perfect Care Nurses, Inc., on behalf of the defendant corporation (D.I. 4);

WHEREAS, on February 22, 2006, the court issued an Order giving the defendant 30 days within which to obtain counsel (D.I. 5);

WHEREAS, on July 20, 2006, the court issued an Order striking the defendant's answer and giving the defendant 30 days to show cause why default should not be entered against it for failure to obtain counsel and properly answer the complaint (D.I. 6).

WHEREAS, to date the court's docket reflects no further activity.

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant Perfect Care Nurses, Inc.

October ____4____, 2006

_____
UNITED STATES DISTRICT JUDGE