IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA C. MULEGWA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-30 GMS |
| ) | |
| PERFECT CARE NURSES, INC. ) | |
| ) | |
| Defendant ) | |

**ENTRY OF DEFAULT**

It appearing from the file in this office that a return of service was filed showing service on the defendant, Perfect Care Nurses, Inc., on January 25, 2006, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: October 4, 2006

By: Marie McDavid, Deputy Clerk

FILED
OCT - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE