UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA C. MULEGWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-30 GMS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| PERFECT CARE NURSES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## VOLUNTARY DISMISSAL

**COMES NOW THE PLAINTIFF** this __6__ day of __October__, 2006, and voluntarily dismisses the complaint in this action, through the undersigned counsel and subject to approval by the Court, with prejudice as to all Defendants.

Ronald C. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901